**ORDERED in the Southern District of Florida on January 5, 2012.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: CARLOS CARDENAS<br>XXX.XX.0599<br>MARGARITA MIRALLES<br>XXX.XX.9748 | Case No: 11-33915-BKC-AJC<br>Chapter 13 |

Debtors /

**ORDER CONTINUING DEBTORS' MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY WELLS FARGO BANK, NA FKA WACHOVIA BANK, NA., SEDCOND MORTGAGE AND SETTING DEADLINES**

**THIS CAUSE** came on to be heard on December 22, 2011 at 9:00am on the *Debtors' Motion to Value and Determine Secured Status of Lien on Real Property held by Wells Fargo Bank, NA fka Wachovia Bank, NA., Second Mortgage [DE 35]* and based on the record, it is

**ORDERED** as follows:

1. *That Motion to value is continued to January 24, 2012 at 9:00am in Courtroom 1410, 51 SW 1st Avenue, Miami, Florida.*

2. *That the Debtors' will provide the creditor a copy of their appraisal or valuation*

*support within 7 days after the date of the first hearing set on this matter.*

3. That the Debtors' will make the collateral available for inspection and appraisal to the creditor within 21 days of the date of the first hearing set on this matter at a mutually agreed upon time and date.

4. The Creditor will provide a copy of their appraisal to the Debtors' or the attorney for the Debtors' at least 7 days prior to continued hearing.

5. If either party wish to raise any legal issue regarding the motion, they shall file a notice with a brief summary of the objection prior to the continued hearing.

###

Submitted by

Sandra Navarro-Garcia
Sandra Navarro-Garcia, P.A.
7951 SW 40 Street, Suite# 202
Miami, FL 33155
Tel: 305-264-7500
Fax: 305-264-7587
Email: Sng@snglaw.net

Copy to: Sandra Navarro-Garcia, Esq., 7951 SW 40th Street, Suite#202 Miami, FL 33155.
Attorney Garcia is directed to serve a copy of this order on all interested parties immediately upon receipt.