**ORDERED in the Southern District of Florida on February 23, 2012.**

A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: CARLOS CARDENAS
XXX.XX.0599
MARGARITA MIRALLES
XXX.XX.9748

Debtors /

Case No: 11-33915-BKC-AJC
Chapter 13

**ORDER SPECIALLY SETTING EVIDENTIARY HEARING**

**THIS CAUSE** came on to be heard on January 24, 2012 at 9:00am on the *Debtor's Motion to Value and Determine Secured Status of Lien on Real Property held by Wells Fargo Bank, NA fka Wachovia Bank, NA., Second Mortgage [DE 35]* for an evidentiary hearing and to schedule deadlines in order to expedite and facilitate such hearing upon this matter, it is herby,

**ORDERED AND ADJUDGED as follows:**

*1. Motion to value [DE#35] has been scheduled for Final Evidentiary Hearing on* March 8, 2012 *at* 10:30 AM *at the United States Bankruptcy Court, 51 SW 1st Avenue, Miami, Florida, Courtroom* 1410 *.* ***No continuances will be granted for any reason***

***on this matter absent extraordinary, unforeseen circumstances.*** Since other contested matters may be scheduled for the same date and time, counsel and witnesses must be available for the entire morning.

2. All discoveries shall be completed no later than seven (7) business days prior to the hearing. All expert reports should be exchanged no later than the conclusion of discovery unless the parties agree otherwise.

3. On or before noon two (2) business days prior to the hearing each side shall file, and submit to chambers by email at AJC_chambers@flsb.uscourts.gov and apposing counsel by fax or email, the following:

(a) An exhibit register **CONFORMING TO LOCAL FORM 49** showing the exhibits including deposition transcripts, intended to be offered as evidence at the hearing. Movant and/or Plaintiff shall mark their exhibits numerically. Respondents and/or Defendants shall mark their exhibits alphabetically.

(b) A witness list that includes a brief statement summarizing the testimony each witness is expected to present;

(c) Any written opening statements the party wished the Court to read before the hearing begins. Oral opening statements will normally not be permitted.

4. On or before noon (2) business days prior to the hearing each side shall deliver to the opposing party (but not deliver to chambers or file) a set of pre-marked exhibits intended to be offered as evidence at the evidentiary hearing. The exhibits shall be bound in one or more notebooks contained in one or more folders, with tabs marking each exhibit, and shall be accompanied y an exhibit register conforming to Local Form 49. **Absent extraordinary circumstances the Court will not consider exhibits or the testimony of any witnesses not**

**listed on a timely witness list or Exhibit Register; and**

5. The time for responding to interrogatories, requests for admission or request for production in shortened to fourteen (14) days from service of discovery.

6. Objections to the use of depositions transcripts or admissibility of exhibits shall be made prior to commencement of the hearing.

7. At the conclusion of the hearing the Court, in lieu of final argument, may request that each party submit proposed Memorandum Opinion incorporating findings of fact and conclusions of law in hard copy to chambers.

8. **ALL REQUIRED DOCUMENTS MUST BE FILED AND EXCHANGED IN ACCORDANCE WITH THE DEADLINES SET FORTH IN THIS ORDER UNLESS PRIOR TO THE DEADLINES THE PARTIES HAVE UPLOADED AN AGREED ORDER RESOLVING THE MATTER AND HAVE NOTIFIED THE COURTROOM DEPUTY THAT THE MATTER IS SETTLED. IF AN AGREED ORDER IS NOT DELIEVERED, ALL COUNSEL SHOULD BE PREPARED TO GO FORWARD WITH THIS HEARING.**

###

Submitted by

Sandra Navarro-Garcia
Sandra Navarro-Garcia, P.A.
7951 SW 40 Street, Suite# 202
Miami, FL 33155
Tel: 305-264-7500
Fax: 305-264-7587
Email: Sng@snglaw.net

Copy to: Sandra Navarro-Garcia, Esq., 7951 SW 40th Street, Suite#202 Miami, FL 33155.
Attorney Garcia is directed to serve a copy of this order on all interested parties immediately upon receipt.