**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

☑ **SECOND** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:
**CARLOS CARDENAS** CASE NO.:11-33915-BKC-AJC
SSN.: XXX.XX.0599
**MARGARITA MIRALLES**
SSN.: XXX.XX.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

**A. $180.00 for months 1 to 16, and $338.00 for months 17 to 60 in order to pay the following creditors:**

Administrative: Attorney's Fee to Sandra Navarro-Garcia, Esq. - $ 10,000.00 TOTAL PAID $1,500.00

**Balance Due - $ 8,500.00 payable $151.78/month (Months 1 to 56)**

Secured Creditors: [Retain Liens pursuant to 11 USC §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Prope **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payment | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|

Priority Creditors: [as defined in 11 USC §507]:
Internal Revenue Service — Amount owed $9.42 as of Petition Date
POB 7317
Philadelphia, PA 19101-7346 — Amount $9.42/mo. (Month 1)

Unsecured Creditors: Pay $0.79/mo. (Month 1), $10.22/mo. (Months 2 to 16), $152.41/mo. (Months 17 to 56), and $304.20/mo. (Months 57 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The provisions included on the Notice of Commencement and the Local Rules of the Bankruptcy Court for the Southern District of Florida are incorporated herein by reference and are binding on any and all parties in interest. This Chapter 13 Plan is also a motion in certain circumstances and any interested party should act accordingly.
2. The Debtors' will continue to pay Ocwen Loan Servicing, LP Account No.: 707168209 for the property located at 639 W. 14 Street, Hialeah, FL. 33010 outside the Chapter 13 Plan. This creditor is authorized to continue sending the Debtor's monthly statements/coupons as done in the normal course of business and to accept the payments. Property taxes and property insurance paid via escrow.
3. The Debtors' will continue to pay Ocwen Loan Servicing, LP Account No.: 5662473 for the property located at 640 W. 15 Street outside the Chapter 13 Plan. This creditor is authorized to continue sending the Debtor's monthly statements/coupons as done in the normal course of business and to accept the payments. Property taxes and property insurance are paid via escrow.
4. The Debtors' will continue to pay the second mortgage on 639 W. 14 Street, Hialeah, FL. 33010 held by Wells Fargo f/k/a Wachovia Bank Second Mortgage (Acct #4386-5403-1294-8236 outside the Chapter 13 Plan. This creditor is authorized to continue sending the Debtors' monthly statements/coupons as done in the normal course of business and to accept the payments.
5. The Debtor will provide copies of his income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The Debtor will amend Schedule I and J and modify plan if necessary.

We declare that the foregoing chapter 13 plan is true and correct under penalty of perjury. We acknowledge that the contents of this plan have been explained and that we are in agreement as to the treatment of all creditors/claims set forth in this plan.

Date 7/26/12

X [signature]
Carlos Cardenas

X [signature]
Margarita Miralles

Sandra Navarro-Garcia, Esq.
Counsel for the Debtor
7951 SW 40th Street, Suite#202
Miami, Florida 33155
E-MAIL: SNG@SNGLAW.NET
Telephone: 305-264-7500
Facsimile: 305-264-7587
*/s/ Sandra Navarro-Garcia*
Sandra Navarro-Garcia, Esq., FBN 188735

S:\CLIENTS\CHAPTER 13 CLIENTS\CARDENAS, CARLOS AND MARGARITA\2AP.DOC
LF-31